Form DEFINTK (10/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Robin L. Krutel**<br><br>*Debtor*<br><br>**Kelley R. Brown**<br><br>*Plaintiff*<br><br>**Robin Thomas–Krutel**<br><br>*Defendant* | **Case Number 17–00047–jwb**<br><br>**Adv. Pro. No. 17–80052–jwb**<br><br>**Chapter 7**<br><br>**Honorable James W. Boyd** |

## NOTICE OF DEFECTIVE ENTRY OR FILING

NOTICE IS HEREBY GIVEN that document #: 1 is defective for the following reasons:

☐ Incorrect PDF document attached to the entry.
☐ Incomplete PDF Document attached to the entry.
☐ Incorrect event selected.
☐ Missing debtor signature /s/.
☐ PDF document is not legible.
☐ Missing attorney signature /s/.
☐ Statistical information incorrect.
☑ Incorrect Form Submitted (Official forms are located on the Court's website at: www.miwb.uscourts.gov) Adversary Complaint Coversheet not filed.
☑ Adversary Complaint filing fee not paid $350.00 & The Adversary Complaint heading/caption is not properly formatted (see caption above for correct example)

NOTICE IS FURTHER GIVEN that the following action must be taken:

☑ Document needs to be re–filed. 1)filing fee 350.00 2)Amended Adversary Complaint 3)Coversheet
☐ None. The Court has made the necessary corrections.
☐ Summons will not be issued until complaint is corrected and filed with the court.
☑ Summons will not be issued until fee is paid ($350.00)

If you have any questions, please contact the ECF HelpDesk by emailing ecfhelpdeskmiwb@miwb.uscourts.gov or by calling (616) 456–2693.



Daniel M. LaVille
Clerk of Court

**Dated:** April 11, 2017