UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:                                                                  Case No. BG 17-00047
                                                                        Chapter 7
ROBIN L. KRUTEL,

    Debtor.
_____/

KELLEY R. BROWN,

    Plaintiff,

vs                                                                      Adversary Proceeding No.
                                                                        17-80052
ROBIN THOMAS-KRUTEL,

    Defendant.
_____/

## SUA SPONTE ORDER TO ISSUE NEW SUMMONS and REQUIRE SERVICE OF SUMMONS AND COMPLAINT

PRESENT:  HONORABLE JAMES W. BOYD
United States Bankruptcy Judge

In accordance with FED. R. BANKR. P. 9024, which incorporates by reference FED. R. CIV. P. 60(a), this court is empowered, on its own initiative, to correct mistakes in the court's record. In review of the court's docket in this adversary proceeding, it has come to the undersigned's attention that on June 19, 2017, Plaintiff filed with the court a Certificate of Service indicating that he had served the summons in an adversary proceeding on Defendant on June 6, 2017. (AP Dkt. No. 9) The summons was issued by the Clerk on April 18, 2017 (AP Dkt. No. 8). At the time the summons was served, on June 6, 2017, it had not been served

in accordance with F<small>ED</small>. R. B<small>ANKR</small>. P. 7004(e), which requires service within 7 days after issuance. .

NOW, THEREFORE, IT IS HEREBY ORDERED that Clerk's Office shall re-issue a summons in this adversary proceeding.

IT IS FURTHER ORDERED that in accordance with Rule 7004(e), if Plaintiff intends to serve the summons and complaint by mail, the summons and complaint shall be deposited in the mail within 7 days after issuance of the summons.

IT IS FURTHER ORDERED that if the Plaintiff appropriately and timely serves the reissued summons and complaint, Defendant shall file an answer within 30 days of the date of issuance of the summons.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to F<small>ED</small>. R. B<small>ANKR</small>. P. 9022 and LBR 5005-4 upon the Kelly R. Brown, 2108 Coronado Drive SE, East Grand Rapids, MI 49506 and Robin L. Krutel, 3144 Juniper Court NE, Grand Rapids, MI 49525.

END OF ORDER

**IT IS SO ORDERED.**

Dated July 12, 2017




James W. Boyd
United States Bankruptcy Judge