8/22/2017

To Hon. Judge Boyd-

If you read the summons which I did, it is confusing because it says - At the same time, you must also serve a copy of the motion or answer upon the Plaintiff's Attorney or me? After reading this I thought this meant that the Defendant's answer to my complaint would be coming and served to me via US Mail and nothing has come and I am eagerly awaiting this information in order to proceed.

I have placed all my documents into this case 17-80052. This information should show the court that my financial interest was fraudulently taken advantage of.

I have entered the documents from District Ct. from case 15-10556-cz. – This shows the motion with service to the defendant Robin L. Krutel. This is the same information and the other parties have this and or have access to this case.

I also provided a document summarizing my position that was entered 6-19-17 and provided certificate of mailing receipts that showed delivery via 1st Class mail to both Robin L. Krutel and also Michael Malinowski PC (Attorney).

I was working full-time for the TSA and also part time for the Navy. I am also a single-only parent of a 12 yr. old. I am requesting an extension for the times that my service perhaps was out of date or beyond the courts time constraints. I apologize about this and would like to continue forward with this adversary proceeding. Since my contract ended with TSA I have more time to put in to get some closure into this matter that has been straining to say the least.

I am waiting for their answer/response to my complaint and I am not sure when or if this is going to happen. Then I will consider obtaining my own legal counsel (Martin Rogalski, PC) depending on this new information and how this along with my information will show my position as favorable to a future hearing.

I am attempting to recover and just patiently waiting for the next move here. Robin L. Krutel has all of the same information that I have provided to this court.

Sincerely-

Kelley Brown - 616-706-6123 kelleybrown@comcast.net

<ATTACHMENT - SUMMONS IN AN ADVERSARY PROCEEDING>

FILED
2017 SEP -1 AM 10: 23
DANIEL M. LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST DIST. OF MICH.

Form summon (07/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address): **Robin L. Krutel** **Debtor** **Kelley R. Brown** **Plaintiff** **Robin Thomas–Krutel** **Defendant** | **Case Number 17–00047–jwb** **Adv. Pro. No. 17–80052–jwb** **Chapter 7** **Honorable James W. Boyd** |
|---|---|

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED and** required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court 30 (thirty) days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Address of Clerk:

DANIEL M. LAVILLE, Clerk of Court
United States Bankruptcy Court
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

WHY WOULD I SERVE MYSELF? ??

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

Kelley R. Brown
2108 Coronado Dr SE
East Grand Rapids, MI 49506

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**Date Issued: July 12, 2017**

**Clerk of the Bankruptcy Court**
**s/ DANIEL M. LAVILLE**

Form summon (07/09)

United States Bankruptcy Court
Western District of Michigan
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| IN RE: Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Robin L. Krutel<br>Debtor | Case Number 17-00047-jwb |
| Kelley R. Brown<br>Plaintiff | Adv. Pro. No. 17-80052-jwb<br>Chapter 7 |
| Robin Thomas-Krutel<br>Defendant | Honorable James W. Boyd |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court 30 (thirty) days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Address of Clerk:

DANIEL M. LAVILLE, Clerk of Court
United States Bankruptcy Court
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney. SERVE MYSELF??

Name and Address of Plaintiff's Attorney:

Kelley R. Brown
2108 Coronado Dr SE
East Grand Rapids, MI 49506

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Date Issued: April 18, 2017

Clerk of the Bankruptcy Court
s/ DANIEL M. LAVILLE

## CERTIFICATE OF SERVICE

I, KELLEY R. BROWN, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made ______________ by:

X Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

SEE ATTACHMENTS (ROBIN+ LAWYER)

___ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

___ Residence Service: By leaving the process with the following adult at:

___ Publication: The defendant was served as follows: [Describe briefly]

___ State Law: The defendant was served pursuant to the laws of the State of ______________, as follows: [Describe briefly]

FILED 2017 JUN 19 AM 11:47

Under Penalty of perjury, I declare that the foregoing is true and correct.

Date: 6/6/2017 Signature: [signature]

Print Name: KELLEY BROWN

Business Address: 2108 CORONADO SE

City: GRAND RAPIDS State: MI Zip: 49506

SMART MAT
$0.49
$0.49

U.S. POSTAL SERVICE CERTIFICATE OF MAILING

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:

KELLEY BROWN
2108 CORONADO SE
GRAND RAPIDS, MI 4950

One piece of ordinary mail addressed to:

ROBIN L. THOMAS / HAWTEC
239 GLENCARIN DR NE
ROCKFORD, MI 49341

PS Form 3817, January 2001

US POSTAGE PAID GRAND RAPIDS, MI 49512 JUN 06 17 AMOUNT $1.35 R2305K135765-13

U.S. POSTAL SERVICE CERTIFICATE OF MAILING

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:

KELLEY BROWN
2108 CORONADO SE
GRAND RAPIDS MI [illegible]

One piece of ordinary mail addressed to:

MICHAEL M MALINOWSKI PC
740 ALGER STREET SE
GRAND RAPIDS, MI 49507

PS Form 3817, January 2001

US POSTAGE PAID GRAND RAPIDS, MI 49512 JUN 06 17 AMOUNT $1.35 R2305K135765-13

United States Bankruptcy Court
Western District of Michigan

Brown,
Plaintiff

Adv. Proc. No. 17-80052-jwb

Thomas-Krutel,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0646-1 User: botmak Page 1 of 1 Date Rcvd: Jul 12, 2017
Form ID: Summons Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2017.
pla +Kelley R. Brown, 2108 Coronado Dr SE, East Grand Rapids, MI 49506-3408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2017 at the address(es) listed below:
NONE. TOTAL: 0

Form summon (07/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| IN RE: Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| **Robin L. Krutel** — **Debtor** | **Case Number 17-00047-jwb** |
| **Kelley R. Brown** — **Plaintiff** | **Adv. Pro. No. 17-80052-jwb** |
| **Robin Thomas-Krutel** — **Defendant** | **Chapter 7** |
| | **Honorable James W. Boyd** |

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED and** required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court 30 (thirty) days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Address of Clerk:

DANIEL M. LAVILLE, Clerk of Court
United States Bankruptcy Court
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

Kelley R. Brown
2108 Coronado Dr SE
East Grand Rapids, MI 49506

SERVE MySELF??

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**Date Issued: July 12, 2017**

**Clerk of the Bankruptcy Court**
**s/ DANIEL M. LAVILLE**



Case:17-80052-jwb Doc #:12 Filed: 07/14/17 Page 3 of 3

## CERTIFICATE OF SERVICE

I, ______________________________________________, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __________________________ by:

___ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

___ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

___ Residence Service: By leaving the process with the following adult at:

___ Publication: The defendant was served as follows: [Describe briefly]

___ State Law: The defendant was served pursuant to the laws of the State of ____________________, as follows: [Describe briefly]

Under Penalty of perjury, I declare that the foregoing is true and correct.

Date:______________________ Signature:__________________________

Print Name:______________________________________________

Business Address:__________________________________________

City:___________________State:____________Zip:_____________

Form OSTRK (08/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| **Robin L. Krutel** — **Debtor** | **Case Number 17−00047−jwb** |
| **Kelley R. Brown** — **Plaintiff** | **Adv. Pro. No. 17−80052−jwb** |
| **Robin Thomas−Krutel** — **Defendant** | **Chapter 7** |
| | **Honorable James W. Boyd** |

## NOTICE STRIKING PLEADING OR OTHER DOCUMENT

In the above−noted case, the Clerk of the Bankruptcy Court has determined that pursuant to LBR 5005−2(c), the following document(s) presented for filing is(are) deemed defective:

Document Number(s): 16

Description of Document(s): Response/Letter

Description of Defect: Document is not signed.

This document is not properly signed or verified as required by BR9011. The document must be refiled with the Court to correct the defect within fourteen (14) days of the date below. A pleading which is timely filed to correct the defect, shall be considered filed as of the date that the pleading was originally received by the Court.

Daniel M. LaVille
Daniel M. LaVille
Clerk of Court

**Dated:** August 25, 2017

I HAVE SPOKE TO MR. LAVILLE NOT SEEKING LEGAL ADVICE BUT CLARITY AS THESE DOCS ARE VERY CONFUSING!