Form resum (07/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| IN RE: Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Robin L. Krutel**<br><br>**Kelley R. Brown**<br>                                **Debtor**<br><br>**Robin Thomas-Krutel**<br>                                **Plaintiff**<br>                                **Defendant** | Case Number 17-00047-jwb<br><br>Adv. Pro. No. 17-80052-jwb<br><br>Chapter 7<br><br>Honorable James W. Boyd |

## RE-ISSUED SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED and** required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court 30 (thirty) days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Address of Clerk:

DANIEL M. LAVILLE, Clerk of Court
United States Bankruptcy Court
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

Kelley R. Brown
2108 Coronado Dr SE
East Grand Rapids, MI 49506

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued:  October 26, 2017

**Clerk of the Bankruptcy Court**
**s/ DANIEL M. LAVILLE**



044364

4 0 0 1 0 0 4 4 4 0 8 0 1 4

## CERTIFICATE OF SERVICE

I, __KELLEY ROGER BROWN__, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ by:

**X** Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:
*CERTIFIED MAIL SEE RECEIPT TO: ROBIN L. KRUTEL
3144 JUNIPER CT NE
GRAND RAPIDS, MI
49525

___ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

___ Residence Service: By leaving the process with the following adult at:

___ Publication: The defendant was served as follows: [Describe briefly]

___ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

Under Penalty of perjury, I declare that the foregoing is true and correct.

Date: __11/1/2017__      Signature: __Kelly B__

Print Name: __KELLEY BROWN__
Business Address: __2108 CORONADO DR SE__
City: __EAST GRAND RAPIDS__   State: __MI__   Zip: __49506__

FILED 2017 NOV 15 AM 11:09 DANIEL M. LAVILLE, CLERK U.S. BANKRUPTCY COURT WEST DIST. OF MICH.

FILED 2017 NOV -3 AM 11:38 DANIEL M. LAVILLE, CLERK U.S. BANKRUPTCY COURT WEST DIST. OF MICH.

044364   40010044408014



# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

GRAND RAPIDS, MI 49525

OFFICIAL USE

| Certified Mail Fee | $3.35 |
| --- | --- |
| $ | $0.00 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)   $ $0.00
- ☐ Return Receipt (electronic)   $ $0.00
- ☐ Certified Mail Restricted Delivery   $ $0.00
- ☐ Adult Signature Required   $ $0.00
- ☐ Adult Signature Restricted Delivery   $

Postage $0.49
$

Total Postage and Fees
$ $3.84

0200
05

Postmark
Here

11/01/2017

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

**Certified Mail service provides the following benefits:**

- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

**Important Reminders:**

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for International mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;

  for an electronic return receipt, see a retail associate. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

■ To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.