UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_____

In re:

ROBIN L. KRUTEL,

    Debtor.
_____/

Case No. BG 17-00047
Chapter 7

KELLEY R. BROWN,

    Plaintiff,

-vs-

ROBIN THOMAS-KRUTEL,

    Defendant.
_____/

Adversary Proceeding
No. 17-80052

## SECOND PRETRIAL ORDER

A second pretrial conference respecting the above adversary proceeding took place in Grand Rapids, Michigan, on October 11, 2018. Appearing at the pretrial conference were:

Martin L. Rogalski, Esq., attorney for Plaintiff.

Michelle K. Burns, Esq., attorney for Defendant.

Jurisdiction

    See First Pretrial Order.

Issues

    See First Pretrial Order.

Pleadings

The Plaintiff filed an Amended Complaint on August 31, 2018. (AP Dkt. No. 60.) The amended complaint includes more detailed factual allegations and the same causes of action as the original complaint. The Defendant filed an Answer to Amended Complaint on September 21, 2018. (AP Dkt. No. 62.)

Rule 7026(a) Initial Disclosures

The parties shall make the initial disclosures required under Fed. R. Bankr. P. 7026(a)(1) on or before **October 26, 2018**.

Discovery

Discovery in this adversary proceeding shall remain open until **January 18, 2019**.

Dispositive Motions

Dispositive motions may be filed in connection with this adversary proceeding. Any such dispositive motion shall be filed on or before **February 8, 2019**. If timely filed, the court shall issue a notice of hearing or a scheduling order.

Any motion for summary judgment filed pursuant to Fed. R. Bankr. P. 7056 must comply with Judge Boyd's summary judgment procedures as set forth on the court's website, http://www.miwb.uscourts.gov/content/judge-james-w-boyd.

Final Pretrial Conference Date

A final pretrial conference will be held on **February 28, 2019,** at **1:00 p.m.** at the United States Bankruptcy Court, One Division Avenue North, Courtroom B, Grand Rapids, Michigan.

At the final pretrial conference, the court will likely establish deadlines for submission of witness lists, exhibits, and legal memoranda, and set a trial date. The court may also schedule a separate settlement conference.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 upon:

Martin L. Rogalski, Esq.
Michael M. Malinowski, Esq.

END OF ORDER

**IT IS SO ORDERED.**

Dated October 17, 2018



James W. Boyd
United States Bankruptcy Judge