UNITED STATES BANKRUPTCY COURT
WESTERN DIVISION OF MICHIGAN
SOUTHERN DIVISION

In Re:                                                    Case No.  17-00047

ROBIN KRUTEL,                                             Chapter 7

    Debtor.                                               HON. JAMES W. BOYD

_____/

KELLEY R. BROWN                                           Adversary Proceeding No: 17-80052

    Plaintiff,
V

ROBIN FROMILLE, f/k/a
ROBIN KRUTEL

    Defendant.
_____/

## INITIAL DISCLOSURES PURSUANT TO BANKRUPTCY RULE 7026(a)

Kelley Brown, Plaintiff, through his attorney Martin L. Rogalski, P.C. submits the following information pursuant to Bankruptcy Rule 7026(a):

### I. Individuals Having Discoverable Information
### Bankruptcy Rule 7026(a)(1)(A)(i) and
### Bankruptcy Rule 7026(a)(3) (Witnesses)

1. Plaintiff Kelley Brown – Information as to his Allegations of Liability

2. Defendant Robin Thomas-Krutel – Information as to her Defenses

3. Chris Robinson – Purchase and installation of wood flooring.
    Accent Hardwood Floors
    815 Eleanor Street NE
    Grand Rapids, Michigan  49505-4223

4. Kurt Hammersma – Builder of home on real property purchased.
    KBH Homes
    960 West River Center Drive
    Comstock Park, Michigan  49321

1

5. Greg Salisbury – Mortgage Processor.
    Ada Mortgage
    1035 Spaulding Avenue SE
    Grand Rapids, Michigan  49546

6. Grace Gamble – Thirteen year old daughter of Plaintiff.
    c/o Plaintiff

7. Marilyn K. Mennetti – Realtor who was used for purchase of real property in question.
    1722 Woodlawn Drive SE
    Grand Rapids, Michigan  49506

8. Brian Knight – Renter of Plaintiff who knows of factual background on relationship of Plaintiff and Defendant.
    419 Spring Street
    Lansing, Michigan  48912

9. Jim and Nancy A'Gostino – Neighbors of Plaintiff and Defendant who can address owner / renter issue.
    9373 Crest Circle Drive
    Rockford, Michigan  49341

10. Jason McCoy – Neighbor of Plaintiff and Defendant who can address owner / renter issue.
    7524 Hessler NE Drive
    Rockford, Michigan  49341

11. Matt and Courtney Wilson – Stone Crest Condominium Association President. Information as to actions taken by Plaintiff as owner of real property (the site condo) in question.
    courtneyandmattwilson@charter.net

## II.  Documents
### Bankruptcy Rule 7026(a)(1)(A)(ii)

The parties had litigated for more than one (1) year in State Court the liability issue of the Defendant.  This case went to Mediation and was fully mediated.  At present, Plaintiff discloses that all documents which existed in the State Court proceeding will be available for use by Plaintiff in this Bankruptcy Adversary Proceeding.  The Defendant is well aware of the documents which have been produced during the Discovery and Mediation phases of the State Court litigation.

## III.  Damages
### Bankruptcy Rule 7026(a)(1)(A)(iii)

The Plaintiff asserts that the Defendant owes Plaintiff the following monies:

a. Fixed Costs – Plaintiff paid for his monthly living costs on February 28 and March 2014 prior to being forcibly evicted.

   b. Home Improvements – Plaintiff spent money on home improvements.

      1. Inside – Teak wood flooring. All cabling and wiring. Ethernet network hub. Plaintiff installed 220v service for Jenn-Aire Convection convection stove which was not attached to home and could have been an avoidable cost but Defendant sold with the home.

      2. Outside – Landscaping. Grass. Sprinkler System. Gutter System. Approximately $23,000.00 as to the value of the improvements.

   c. Personal Items – These items included a Jenn-Aire stove, Plaintiff's computer and coffee maker. $7,500.00 treble damages on the converted property.

   d. Equity From Home Ownership – Minimum Damages - $36,000.00

   e. Legal and Court Fees – Past and Current - Plaintiff has incurred many legal and court fees from both the District Court and Bankruptcy Court. Federal Court - $8,500.00 minimum. State Court – to be determined.

### IV. Insurance Agreements – N/A
### Bankruptcy Rule 7026(A)(1)(A)(iv)

Dated: October 26, 2018                    /s/ Martin L. Rogalski

                                                  Martin L. Rogalski
                                                  MARTIN L. ROGALSKI, P.C.
                                                  1881 Georgetown Center Drive
                                                  Jenison, Michigan  49428
                                                  (616) 457-4410