UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_____

In re:

ROBIN L. KRUTEL,

    Debtor.
_____/

Case No. BG 17-00047
Chapter 7

KELLEY R. BROWN,

    Plaintiff,

-vs-

ROBIN THOMAS-KRUTEL,

    Defendant.
_____/

Adversary Proceeding
No. 17-80052

## FINAL PRETRIAL ORDER AND TRIAL NOTICE

    A final pretrial conference respecting the above adversary proceeding took place in Grand Rapids, Michigan, on April 25, 2019. Appearing at the pretrial conference were:

Nicholas S. Laue, Esq., attorney for Plaintiff.

Michelle K. Burns, Esq., attorney for Defendant.

Jurisdiction

    See First Pretrial Order.

Issues

    See First Pretrial Order.

Rule 7026(a) Initial Disclosures

At the final pretrial conference, counsel for the Defendant agreed to provide a copy of the Defendant's initial disclosures to Plaintiff's counsel.

Discovery

Discovery in this adversary proceeding is now closed.  See Second Pretrial Order.

Witness Lists and Exchange of Exhibits

The parties shall exchange their respective witness lists on or before **July 23, 2019**.  A copy of each party's witness list shall also be filed with the court.  Failure to disclose the identity of a prospective witness may result in the court prohibiting the witness from testifying.

On or before **July 23, 2019**, all parties shall:

(a) exchange copies of all exhibits they intend to introduce into evidence;

(b) file an Exhibit List with the court; and

(c) submit two sets of hard copies of all exhibits to the United States Bankruptcy Court, One Division North, Grand Rapids, Michigan 49503 (the court will not docket the proposed exhibits).

If a party's exhibits exceed five (5), the party's respective exhibits shall be submitted in a bound exhibit booklet.  The Plaintiff's exhibits shall be tabbed and labeled "Plaintiff's Exhibits 1, 2, 3, etc.;" the Defendant's exhibits shall be tabbed and labeled "Defendant's Exhibits A, B, C, etc."  Failure to comply with the above requirements may result in the court excluding a given exhibit or all exhibits at trial.

Unless a written objection is filed with the court and a copy of the objection served upon the proponent of the exhibit on or before **July 26, 2019**, such exhibits will be received into evidence at trial without the necessity of any further authentication; however, the parties may, at trial, object to an exhibit based upon hearsay or relevancy and may argue the weight of an exhibit.

Legal Memoranda

The parties shall each file a memorandum of legal authorities and argument with the court respecting contested factual and legal issues in this adversary proceeding, and serve a copy upon opposing counsel, on or before **July 23, 2019**.

**Trial Date and Notice**

The parties and the court believe that this adversary proceeding will take approximately two days to try. The trial shall be held at the United States Bankruptcy Court, One Division North, Courtroom B, Grand Rapids, Michigan on the following dates and times:

**July 30, 2019** at **10:00 a.m.**
**July 31, 2019** at   **9:00 a.m.**

No adjournment of the trial shall be permitted by the court unless good cause is shown by the party who is requesting adjournment pursuant to a motion filed with the court and served upon all other parties.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 upon:

Nicholas S. Laue, Esq.
Michael M. Malinowski, Esq.

END OF ORDER

**IT IS SO ORDERED.**



**Dated May 3, 2019**

James W. Boyd
United States Bankruptcy Judge