UNITED STATES BANKRUPTCY COURT
WESTERN DIVISION OF MICHIGAN
SOUTHERN DIVISION

---

In Re:   Case No.17-00047

ROBIN KRUTEL,   Chapter 7

    Debtor.   HON.   JAMES W. BOYD
_____/

KELLEY R. BROWN   Adversary Proceeding No. 17-80052

    Plaintiff,
v

ROBIN FROMILLE, f/k/a
ROBIN KRUTEL

    Defendant.
_____/

## DEFENDANT'S MOTION FOR ATTORNEY FEES

Defendant Robin Fromille, formerly known as Robin Krutel, through her attorneys, moves the Court under 11 U.S.C Section 523(d) for an order awarding her her attorney fees incurred in defense of this Adversary Proceeding.  Movant asks the Court to find that the Plaintiff creditor's position in pursuing this nondischargability case was not substantially justified, and that no special circumstances exist which would make the award of fees unjust. In support the Defendant Debtor relies upon the Court's bench opinion rendered after trial.

Ms. Fromille asks for fees in the amount of $7,808, as detailed on the attached billing sheets.

                                        MICHAEL M. MALINOWSKI PLC
                                        Attorneys for the Debtor and Defendant

Date: September 5, 2019           By _____/s/_____
                                              Michael M. Malinowski (P38400)

                                        Business Address:
                                           740 Alger Street, S.E.
                                           Grand Rapids, Michigan 49507
                                           616.475.4994